PACIFIC COAST BORAX COMPANY, Respondent, *v.* VECHTEN WARING, Appellant.

Reported below, 128 App. Div. 66.
(Submitted November 16, 1908; decided November 24, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 13, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for conversion.

The motion was made upon the grounds that the Appellate Division had unanimously directed that the verdict was supported by the evidence and that no questions of law were presented for review, the exceptions being frivolous.

*Godfrey Goldmark* for motion.

*Herbert H. Gibbs* opposed.

Motion denied, with ten dollars costs.

---

FRANK T. LAWRENCE, Respondent, *v.* ALPHONSE CHRISTLIEB et al., Defendants, and OTTO C. HEINZE et al., Appellants.

*Lawrence* v. *Christlieb*, 120 App. Div. 891, affirmed.
(Submitted November 23, 1908; decided November 25, 1908.)

MOTION for judgment by default, with costs, and a penalty for delay on appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for goods sold and delivered.

*Morris J. Hirsch* for motion.

No one opposed.

Motion granted and judgment affirmed, with costs by default, with ten per cent damages under subdivision 5 of section 3251 of the Code of Civil Procedure.